CERTIFIED COPY

| PROB.22 (Rev. 2/88) TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 2:03-CR-07-01 | |
|---|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 1:07-CR-054-01ML | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>William J. Dunn<br>Pawtucket RI, 02860 | DISTRICT<br>DISTRICT OF VERMONT | DIVISION | |
| | NAME OF SENTENCING JUDGE<br>William K. Sessions III, Chief Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>September 28, 2006 | TO:<br>September 27, 2009 |
| OFFENSE<br>Distribution of Cocaine | | | |

U.S. DISTRICT COURT DISTRICT OF VERMONT FILED 2007 APR 16 AM 10: 00 DEPUTY CLERK

RECEIVED BURLINGTON, VT APR 16 2007 CLERK'S OFFICE U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **VERMONT**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

3/22/07 — *Date*

[signature] — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 11, 2007 — *Date*

[signature] — *Chief United States District Judge*

I hereby attest and certify on April 16, 2007, that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont

BY: [signature]
Deputy Clerk