3.

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

JAN 9 3 36 PM '03

CLERK
BY ________
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim No.(21 U.S.C. §§ 846, |
| | ) | 841(a)(1), 841(b)(1)(B), and |
| WILLIAM "JAMES" DUNN | ) | 18 U.S.C. § 2) |
| THERESA KORONA, | ) | |
| Defendants. | ) | 2:03-CR-7-2 |

# INDICTMENT

## COUNT 1

The Grand Jury charges:

Beginning in or about Spring of 2001, the exact date unknown, and continuing until sometime after November 7, 2002, the exact date unknown, in the District of Vermont and elsewhere, defendants WILLIAM "JAMES" DUNN and THERESA KORONA did conspire together and with others to knowingly and intentionally distribute and possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

The conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

(21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B))

I hereby attest and certify on April 16, 2005, that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont
BY: Lisa Wright
Deputy Clerk

3.

**COUNT 2**

The Grand Jury further charges that:

On or about April 10, 2002, in the District of Vermont, defendants WILLIAM "JAMES" DUNN and THERESA KORONA did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. § 841(a)(1); 18 U.S.C.§ 2)

**COUNT 3**

The Grand Jury further charges that:

On or about April 18, 2002, in the District of Vermont, defendants WILLIAM "JAMES" DUNN and THERESA KORONA did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. § 841(a)(1); 18 U.S.C.§ 2)

**COUNT 4**

The Grand Jury further charges that:

On or about May 15, 2002, in the District of Vermont, defendants WILLIAM "JAMES" DUNN and THERESA KORONA did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. § 841(a)(1); 18 U.S.C.§ 2)

**COUNT 5**

The Grand Jury further charges that:

On or about May 29, 2002, in the District of Vermont, defendants WILLIAM "JAMES" DUNN and THERESA KORONA did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. § 841(a)(1); 18 U.S.C.§ 2)

**COUNT 6**

The Grand Jury further charges that:

On or about June 11, 2002, in the District of Vermont, defendants WILLIAM "JAMES" DUNN and THERESA KORONA did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. § 841(a)(1); 18 U.S.C.§ 2)

**COUNT 7**

The Grand Jury further charges that:

On or about November 7, 2002, in the District of Vermont, defendants WILLIAM "JAMES" DUNN and THERESA KORONA did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(21 U.S.C. § 841(a)(1); 18 U.S.C.§ 2)

A TRUE BILL

Lori Bilodeau
FOREPERSON

Peter W. Hall (JPT)
JPT PETER W. HALL
United States Attorney

Burlington, Vermont
January 9, 2003