# U.S. District Court
# District of Vermont (Burlington)
# CRIMINAL DOCKET FOR CASE #: 2:03-cr-00007-wks-1

**Case title:** USA v. Dunn, et al
**Other court case number(s):** None
**Magistrate judge case number(s):** 2:02-mj-00086

**Date Filed:** 01/09/03

---

**Assigned to:** Hon. William K. Sessions III
**Referred to:**

**Defendant(s)**
-----------------------

**William James Dunn** (1)
*TERMINATED: 01/08/2004*

represented by **FPD**
Office of the Federal Public Defender
110 Cherry Street, 2nd Floor
Burlington, VT 05401
(802) 862-6990
*TERMINATED: 02/19/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Edward M. Kenney**
Roesler, Whittlesey, Meekins & Amidon
P. O. Box 488
Burlington, VT 05402-0488
(802) 864-7500
*TERMINATED: 01/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**James M. Dingley**
P.O. Box 1309
Manchester Center, VT 05255-1309
(802) 366-1010
Email: jim@dingleylaw.com
*TERMINATED: 01/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mark Bennett**
Bennett & Bennett
412 Main Street

I hereby attest and certify on April 16 2007, that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont
BY: Lisa Wright
Deputy Clerk

Suite 1050
Houston, TX 77002
(713) 224-1747
Fax : 8,8322017770
*TERMINATED: 01/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Notes** |
| --- | --- |
| None | |

| **Sentenced Counts** | **Disposition** |
| --- | --- |
| 21:841(a)(1); 18:2=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - distribute cocaine (4) | Imprisonment for a term of 37 months to be followed by 3 years S/R with conditions including: participation in a substance abuse program with testing, costs & no alcohol. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:846, 841(a)(1) and 841(b)(1)(B) =ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS - possession of cocaine with intent to distribute (1) | Dismissed upon motion by govt. |
| 21:841(a)(1); 18:2=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - distribute cocaine (2) | Dismissed upon motion by govt. |
| 21:841(a)(1); 18:2=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - distribute cocaine (3) | Dismissed upon motion by govt. |
| 21:841(a)(1); 18:2=ND.F NARCOTICS | |

- SELL, DISTRIBUTE, OR DISPENSE
- distribute cocaine
(5-7)

Dismissed upon motion by govt.

**Highest Offense Level (Terminated)**
--------------------------------------------
Felony

**Complaints**
----------------
conspire to distribute cocaine [ 2:02-m -86 ]

---

**Plaintiff**
-------------------

**United States of America**

represented by **John P. Tavana**
Office of the United States Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Email: john.tavana@usdoj.gov
*TERMINATED: 01/22/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | Num# | Docket Text |
|---|---|---|
| 12/30/2002 | 1 | COMPLAINT against William "James" Dunn, Theresa Korona by USA John P. Tavana [ 2:02-m -86 ] (law) [Entry Date 02/27/2003] |
| 12/30/2002 | 2 | MOTION to Seal Criminal Complaint, Affidavit and Arrest Warrants by USA as to William "James" Dunn, Theresa Korona [ 2:02-m -86 ] (law) [Entry Date 02/27/2003] |
| 12/30/2002 | 3 | ORDER by Magistrate Judge Jerome J. Niedermeier granting [2-1] motion to Seal Criminal Complaint, Affidavit and Arrest Warrants (cc: gov't only [ 2:02-m -86 ] (law) [Entry Date 02/27/2003] |
| 12/30/2002 | | ARREST WARRANT ISSUED for William "James" Dunn, Theresa Korona by Magistrate Judge Jerome J. Niedermeier [ 2:02-m -86 ] (law) [Entry Date 02/27/2003] |

| | | |
|---|---|---|
| 01/09/2003 | 1 | MOTION to seal case by USA as to William "James" Dunn, Theresa Korona (law) [Entry Date 01/09/2003] |
| 01/09/2003 | 2 | ORDER by Magistrate Judge Jerome J. Niedermeier granting [1-1] motion to seal case (cc: USAO) (law) [Entry Date 01/09/2003] |
| 01/09/2003 | 3 | INDICTMENT by USA Counts filed against William "James" Dunn (1) count(s) 1, 2, 3, 4-7, Theresa Korona (2) count(s) 1, 2, 3, 4-7; Cy to USPO, USAO (law) [Entry Date 01/09/2003] |
| 01/09/2003 | | ARREST WARRANT ISSUED for William "James" Dunn, Theresa Korona (law) [Entry Date 01/09/2003] |
| 01/09/2003 | | File sent to Burlington as to defendant William "James" Dunn, defendant Theresa Korona (law) [Entry Date 01/09/2003] |
| 02/14/2003 | | ARREST of defendant William "James" Dunn, defendant Theresa Korona on 2/14/03 (jjj) [Entry Date 02/18/2003] |
| 02/14/2003 | | MINUTES: before Magistrate Judge Jerome J. Niedermeier (Ct Rptr: taped) initial appearance of William "James" Dunn, Theresa Korona present w/o counsel; John Tavana , AUSA for Govt. ORDERED: Hrg continued until 2/18/03 so that counsel can be present. (jjj) [Entry Date 02/18/2003] |
| 02/18/2003 | 5 | MOTION for Detention of Both Dfts by USA as to William "James" Dunn, Theresa Korona (law) [Entry Date 02/18/2003] |
| 02/18/2003 | | MINUTES: before Magistrate Judge Jerome J. Niedermeier (Ct Rptr: taped) dft William "James" Dunn, Theresa Korona arraigned; not guilty plea entered; Attorney James Dingley present for both defts (on deft Korona's behalf for today's proceeding only) John Tavana, AUSA for Govt. Mr. Dingley advises the court that deft Korona has failed to retain counsel and is applying for court appointed counsel.Defts move for continuation of detention hrg. ORDERED: Court will appoint counsel on behalf of deft Korona and detention hearing is set for 1:30 2/24/03 for William "James" Dunn, for Theresa Korona w/the understanding that defts may request the hrg being conducted at an earlier date if information is verified by PTS. (jjj) [Entry Date 02/19/2003] |
| 02/19/2003 | 6 | ORDER OF TEMPORARY DETENTION by Magistrate Judge Jerome J. Niedermeier as to William "James" Dunn, Theresa Korona (cc: all counsel, USPO, USM) ; detention hearing set for 1:30 2/24/03 for William "James" Dunn, for Theresa Korona (law) [Entry Date 02/19/2003] |
| 02/19/2003 | 7 | CRIMINAL PRETRIAL ORDER setting Motion Filing deadline for |

| | | |
|---|---|---|
| | | 3/12/03 & Jury Draw set for 3/25/03 for William "James" Dunn, Theresa Korona ( Magistrate Judge Jerome J. Niedermeier ) (cc: all counsel) (law) [Entry Date 02/19/2003] |
| 02/20/2003 | 9 | NOTICE OF APPEARANCE for William "James" Dunn by Attorney James Michael Dingley (law) [Entry Date 02/20/2003] |
| 02/20/2003 | 10 | MOTION for Pro Hac Vice Appearance of Mark Bennett for dft Dunn by William "James" Dunn (law) [Entry Date 02/20/2003] |
| 02/24/2003 | | ENDORSED ORDER granting [10-1] motion for Pro Hac Vice Appearance of Mark Bennett for dft Dunn ( Chief Judge William K. Sessions III )Cy to parties (See referenced doc. for image) (law) [Entry Date 02/24/2003] |
| 02/24/2003 | | MINUTES: before Magistrate Judge Jerome J. Niedermeier (Ct Rptr: taped) Deft Dunn present w/Mark Bennett, Esq. and James Dingley, Esq.; John Tavana, AUSA for Govt. Govt withdraws motion for Detention of Dft Dunn [5-1] ORDERED: Deft to be released on PR w/the following conditions: report to PTS as directed; maintain/seek employment; travel restricted to RI and VT for court purposes only; no contact w/Shelly Raymond, Steve Salls or David Benway; refrain from excessive use of alcohol; refrain from any use of controlled substances; submit to treatment/testing w/o tampering; report any contact w/law enforcement personnel to PTS a.s.a.p. and maintain contact w/atty. (jjj) [Entry Date 02/25/2003] |
| 02/24/2003 | 11 | ORDER SETTING CONDITIONS OF RELEASE for William "James" Dunn by Magistrate Judge Jerome J. Niedermeier cc: all counsel, USPO, USM (jjj) [Entry Date 02/25/2003] |
| 02/24/2003 | | MINUTES: before Magistrate Judge Jerome J. Niedermeier (Ct Rptr: taped) detention hearing held on 2/24/03 (law) [Entry Date 03/20/2003] |
| 02/25/2003 | | MINUTES: before Magistrate Judge Jerome J. Niedermeier (Ct Rptr: taped) Deft Korona present w/Richard Goldsborough, Esq.; John Tavana, AUSA for Govt. Govt withdraws motion for Detention. [5-1] ORDERED: Deft to be released on PR w/the following conditions: report to PTS as directed; maintain/seek employment; travel restricted to RI and VT for court purposes only; maintain residence; no-contact w/Steven Salls, David Benway and Shelly Raymond; refrain from excessive use of alcohol and any use of controlled substances; submit to treatment/testing w/o tampering; report any contact w/law enforcement personnel to PTS a.s.a.p. and maintain contact w/atty. (jjj) [Entry Date 02/25/2003] |
| 02/25/2003 | 13 | MOTION to Dismiss Criminal Complaint by USA as to William "James" Dunn, Theresa Korona (law) [Entry Date 02/26/2003] |

| | | |
|---|---|---|
| 02/25/2003 | | ENDORSED ORDER granting [13-1] motion to Dismiss Criminal Complaint ( Magistrate Judge Jerome J. Niedermeier )Cy to parties (See referenced doc. for image) (law) [Entry Date 02/26/2003] |
| 03/12/2003 | 14 | MOTION to Continue Trial Date by William "James" Dunn (law) [Entry Date 03/12/2003] |
| 03/12/2003 | 15 | MOTION for More Time to File Motions by William "James" Dunn (law) [Entry Date 03/12/2003] |
| 03/17/2003 | 17 | ORDER by Chief Judge William K. Sessions III granting [16-1] motion to Extend Pre-trial Motions Deadline pretrial motions due 5/11/03 & jury draw canceled , excludable ends of justice , time excluded from March 13, 2003 to May 11, 2003 (cc: all counsel) (law) [Entry Date 03/17/2003] |
| 03/17/2003 | | ENDORSED ORDER granting [14-1] motion to Continue Trial Date Trial date to be scheduled when case is ripe ( Chief Judge William K. Sessions III )Cy to parties (See referenced doc. for image) (law) [Entry Date 03/17/2003] |
| 03/19/2003 | | ENDORSED ORDER finding the motion for More Time to File Motions [15-1] DENIED AS MOOT. Co-defendant's motion to extend was granted extending deadline to 5/11/03. ( Chief Judge William K. Sessions III )Cy to parties (See referenced doc. for image) (law) [Entry Date 03/19/2003] |
| 03/24/2003 | 18 | ARREST WARRANT RETURNED EXECUTED as to defendant William "James" Dunn ; defendant arrested on 2/14/03 (law) [Entry Date 03/25/2003] |
| 03/24/2003 | 19 | ARREST WARRANT RETURNED EXECUTED as to defendant William "James" Dunn ; defendant arrested on 2/14/03 (law) [Entry Date 03/25/2003] |
| 05/09/2003 | 22 | MOTION to Continue Time to File Pre-trial Motions by William "James" Dunn (law) [Entry Date 05/09/2003] |
| 05/14/2003 | 24 | ORDER by Chief Judge William K. Sessions III granting [23-1] motion to extend Pre-Trial Motions deadline by 45 days pretrial motions due 6/11/03 for William "James" Dunn, Theresa Korona , jury draw set for 7/1/03 for William "James" Dunn, Theresa Korona , excludable ends of justice , time excluded from May 12, 2003 to June 11, 2003 (cc: all counsel) (law) [Entry Date 05/14/2003] |
| 05/14/2003 | 25 | ORDER by Chief Judge William K. Sessions III granting [22-1] motion to Continue Time to File Pre-trial Motions pretrial motions due 6/11/03 for William "James" Dunn, Theresa Korona , excludable ends of justice , |

| | | |
|---|---|---|
| | | time excluded from May 12, 2003 to June 11, 2003 defense counsel to obtain new local counsel prior to 6/11/03; (cc: all counsel) (law) Modified on 05/15/2003 |
| 06/03/2003 | 26 | NOTICE OF APPEARANCE for William "James" Dunn by Attorney Edward M. Kenney (cls) [Entry Date 06/03/2003] |
| 06/13/2003 | | ENDORSED ORDER denying motion to Extend Pre-trial Motions Deadline [27-1] ( Chief Judge William K. Sessions III )Cy to parties (See referenced doc. for image) (law) [Entry Date 06/16/2003] |
| 06/16/2003 | 28 | REQUEST for Specific Kyles and Brady Information as to dft Dunn by William "James" Dunn (law) [Entry Date 06/16/2003] |
| 06/16/2003 | 29 | MOTION to Preserve Agents' Notes as to dft Dunn by William "James" Dunn (law) [Entry Date 06/16/2003] |
| 06/16/2003 | 30 | MOTION for More Time to File Motions as to dft Dunn by William "James" Dunn (law) [Entry Date 06/16/2003] |
| 06/16/2003 | 31 | MOTION for Disclosure of Impeaching Information as to dft Dunn by William "James" Dunn (law) [Entry Date 06/16/2003] |
| 06/16/2003 | 32 | MEMORANDUM by William "James" Dunn in support of [31-1] motion for Disclosure of Impeaching Information as to dft Dunn (law) [Entry Date 06/16/2003] |
| 06/16/2003 | 33 | MOTION to Adopt Codefendants' Motions of dft by William "James" Dunn (law) [Entry Date 06/16/2003] |
| 06/17/2003 | 34 | NOTICE OF HEARING telephone conference set for 10:00 6/20/03 for William "James" Dunn Cy to affected parties, USPO (law) [Entry Date 06/17/2003] |
| 06/24/2003 | 35 | MOTION (for dft Dunn) to Travel (to SDNY) by William "James" Dunn (law) [Entry Date 06/24/2003] |
| 06/30/2003 | 36 | NOTICE OF HEARING change of plea hearing set for 9:00 7/28/03 for William "James" Dunn Cy to affected parties, USPO (law) [Entry Date 06/30/2003] |
| 06/30/2003 | | ENDORSED ORDER granting [35-1] motion (for dft Dunn) to Travel (to SDNY) ( Magistrate Judge Jerome J. Niedermeier )Cy to parties, USPO (See referenced doc. for image) (law) [Entry Date 07/01/2003] |
| 07/01/2003 | | ENDORSED ORDER granting [37-1] motion to Amend Conditions of |

| | | |
|---|---|---|
| | | Release to allow Dft Korona to travel ( Magistrate Judge Jerome J. Niedermeier )Cy to parties, USPO (See referenced doc. for image) (law) [Entry Date 07/01/2003] |
| 07/23/2003 | 39 | REVISED NOTICE OF HEARING ; change of plea hearing set for 11:00 8/4/03 for William "James" Dunn Cy to affected parties, USPO (jam) [Entry Date 07/23/2003] |
| 07/23/2003 | 40 | NOTICE OF HEARING ; change of plea hearing set for 11:30 8/4/03 for Theresa Korona Cy to affected parties, USPO (jam) [Entry Date 07/23/2003] |
| 07/23/2003 | 41 | MOTION for emergency travel as to dft Wm Dunn by William "James" Dunn (cls) [Entry Date 07/23/2003] |
| 07/23/2003 | | ENDORSED ORDER granting [38-1] motion to Amend Conditions of Release that allows dft Korona to travel to NY ( Magistrate Judge Jerome J. Niedermeier )Cy to parties (See referenced doc. for image) (cls) [Entry Date 07/24/2003] |
| 07/24/2003 | | ENDORSED ORDER granting [41-1] motion for emergency travel as to dft Wm Dunn ( Magistrate Judge Jerome J. Niedermeier )Cy to parties (See referenced doc. for image) (cls) [Entry Date 07/24/2003] |
| 08/04/2003 | 42 | PLEA AGREEMENT as to William "James" Dunn (jam) [Entry Date 08/04/2003] |
| 08/04/2003 | | SPECIAL ASSESSMENT PAYMENT by William "James" Dunn in the amount of $ 100.00 RECEIPT # 19830 (cls) [Entry Date 08/04/2003] |
| 08/04/2003 | | MINUTES: before Chief Judge William K. Sessions III (Ct Rptr: Nichols) changes of plea hearing held on 8/4/03 as to both dfts. Dfts present w/ counsel Mark Bennett, William Skiff & Richard Goldsborough; John Tavana present for govt. Clerk swears dfts & Court makes inquiries. Court informs dfts of maximum penalties. Guilty plea entered by William "James" Dunn, Theresa Korona to count(s) 4. Court informs dfts of rights being waived & plea agreements reviewed. Statement of facts by govt. Court makes findings; accepts guilty pleas; acceptance of plea agreements deferred; PSRs to be completed by USPO. Sentencing hearing set for 9:30 11/3/03 for William "James" Dunn , sentencing hearing set for 10:30 11/3/03 for Theresa Korona. Statements re: mandatory detention. Court makes findings; exceptional circumstances exist as to both dfts. ORDERED: dfts remain released pending sentencing on conditions as previously set. Pretrial motions satisfied on 8/4/03 jury draw ddl termed on 8/4/03 (jam) [Entry Date 08/05/2003] |
| | | |

| | | |
|---|---|---|
| 08/05/2003 | 44 | NOTICE OF HEARING ; sentencing hearing set for 9:30 11/3/03 for William "James" Dunn Cy to affected parties, USPO (jam) [Entry Date 08/05/2003] |
| 08/05/2003 | 45 | NOTICE OF HEARING ; sentencing hearing set for 10:30 11/3/03 for Theresa Korona Cy to affected parties, USPO (jam) [Entry Date 08/05/2003] |
| 08/05/2003 | 46 | PROCEDURAL AND SCHEDULING ORDER sentencing set for 9:30 11/3/03 for William "James" Dunn (Cy to affected parties, USPO) (cls) [Entry Date 08/05/2003] |
| 09/05/2003 | | ENDORSED ORDER DENYING AS MOOT the motion for Specific Kyles and Brady Information as to dft Dunn [28-1] ( Chief Judge William K. Sessions III )Cy to parties (See referenced doc. for image) (cls) Modified on 09/09/2003 |
| 09/05/2003 | | ENDORSED ORDER DENYING AS MOOT the motion to Preserve Agents' Notes as to dft Dunn [29-1] ( Chief Judge William K. Sessions III )Cy to parties (See referenced doc. for image) (cls) Modified on 09/09/2003 |
| 09/05/2003 | | ENDORSED ORDER DENYING AS MOOT the motion for More Time to File Motions as to dft Dunn [30-1] ( Chief Judge William Sessions III )Cy to parties (See referenced doc. image) (cls) Modified on 09/09/2003 |
| 09/05/2003 | | ENDORSED ORDER DENYING AS MOOT the motion for Disclosure of Impeaching Information as to dft Dunn [31-1] ( Chief Judge William K. Sessions III )Cy to parties (See doc. for image) (cls) Modified on 09/09/2003 |
| 09/05/2003 | | ENDORSED ORDER DENYING AS MOOT the motion to Adopt Codefendants' Motions of dft [33-1] ( Chief Judge William K. Sessions III )Cy to parties (See referenced doc. for image) (cls) Modified on 09/09/2003 |
| 09/24/2003 | 48 | MOTION to continue Sentencing until after 11/10/03 as to dft Dunn by William "James" Dunn (cls) Modified on 09/25/2003 |
| 09/26/2003 | | ENDORSED ORDER granting [48-1] motion to continue Sentencing until after 11/10/03 as to dft Dunn sentencing hearing canceled on 9/26/03 ( Chief Judge William K. Sessions III )Cy to parties (See referenced doc. for image) (cls) [Entry Date 10/16/2003] |
| 11/20/2003 | | ENDORSED ORDER granting [49-1] motion to amend Conditions of Release as to dft Korona ( Chief Judge William K. Sessions III )Cy to |

| | | |
|---|---|---|
| | | parties, USPO (See referenced doc. for image) (law) [Entry Date 11/20/2003] |
| 12/04/2003 | 50 | NOTICE OF HEARING sentencing hearing set for 1:30 1/5/04 for William "James" Dunn, Theresa Korona Cy to affected parties, USPO (law) [Entry Date 12/04/2003] |
| 12/08/2003 | 51 | AMENDED PROCEDURAL AND SCHEDULING ORDER by Chief Judge William K. Sessions III sentencing set for 1:30 1/5/04 for William "James" Dunn (Cy to affected parties, USPO) (cls) Modified on 12/08/2003 |
| 12/29/2003 | 53 | MOTION and REQUEST FOR HEARING for Downward Departure as to dft Dunn by William "James" Dunn (law) [Entry Date 12/29/2003] |
| 12/29/2003 | 54 | STATEMENT RE: PSR by dft William "James" Dunn that the presentence report has been read, reviewed and is understood (law) [Entry Date 12/29/2003] |
| 12/29/2003 | 55 | SENTENCING MEMORANDUM as to William "James" Dunn by USA (cls) [Entry Date 12/29/2003] |
| 01/05/2004 | 58 | STATEMENT RE: PSR by defendant William "James" Dunn that the presentence report has been read, reviewed and is understood (jam) [Entry Date 01/06/2004] |
| 01/05/2004 | | MINUTES: before Chief Judge William K. Sessions III (Ct Rptr: Nichols) sentencing hearing held on 1/5/04 as to dft Dunn. Dft present w/ counsel T. Kenney & M. Bennett; J. Tavana present for govt. Statements by counsel re: downward departure. Statements by dft prior to imposition of sentence. Court makes findings; denying dft's motion for Downward Departure as to dft Dunn [53-1]. SENTENCE: sentencing William "James" Dunn (1) count(s) 4. Imprisonment for a term of 37 months to be followed by 3 years S/R with conditions including: participation in a substance abuse program with testing, costs & no alcohol. Fines wvd; S/A of $100 due immediately. Court recommends to BOP: initial placement in a minimum or low-level security facility; when eligible, participation in the ICC in Lewisburg, PA or alternatively participation in the 500 hour program. Dft notified of right to appeal. Dismissing counts as to William "James" Dunn (1) count(s) 1, 2 , 3 , 5 -7 . Dismissed upon motion by govt. Dft to voluntarily surrender to facility designated on 2/3/04 and remains released pending surrender on conditions as previously set. (jam) [Entry Date 01/06/2004] |
| 01/05/2004 | | MINUTES: before Chief Judge William K. Sessions III (Ct Rptr: Nichols) sentencing hearing began on 1/5/04 for dft Korona. Dft present w/ counsel R. Goldsborough; J. Tavana present for govt. Statements by counsel re: downward departure. Statements by dft prior to imposition of |

Case 1:07-cr-00054-ML-LDA Document 2-5 Filed 04/19/2007 Page 11 of 11

| | | |
|---|---|---|
| | | sentence. Sentencing continued for ~ 1 week to allow further exploration of options; final medical report to be submitted to the court in the form of a sentencing memorandum. (jam) [Entry Date 01/06/2004] |
| 01/08/2004 | 59 | JUDGMENT AND COMMITMENT as to William "James" Dunn terminating party William "James" Dunn by Chief Judge William K. Sessions III (cc: all counsel, USPO & USM) (jam) [Entry Date 01/08/2004] |
| 01/13/2004 | 60 | NOTICE OF HEARING ; sentencing hearing set for 1:30 1/16/04 for Theresa Korona Cy to affected parties, USPO (jam) [Entry Date 01/13/2004] |
| 01/16/2004 | | MINUTES: before Chief Judge William K. Sessions III (Ct Rptr: Nichols) continuation of sentencing hearing held on 1/16/04 as to dft Korona Dunn. Dft present w/ counsel R. Goldsborough; J. Tavana present for govt. Court continues sentencing to allow for a full evidentiary hearing on the outstanding issues. Sentencing will be continued to 1/21/04. ORDERED: dft to be detained pending sentencing. (jam) Modified on 01/16/2004 |
| 01/16/2004 | 63 | NOTICE OF HEARING ; continuation of sentencing hearing and evidentiary hearing set for 9:30 1/21/04 for Theresa Korona Cy to affected parties, USPO (jam) [Entry Date 01/16/2004] |
| 02/09/2004 | 66 | JUDGMENT and Commitment returned executed on 2/3/04 as to William "James" Dunn (cls) [Entry Date 02/09/2004] |
| 04/16/2007 | 68 | PROBATION FORM 22 - Probation Jurisdiction Transferred to District of Rhode Island as to William James Dunn. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, plea agreement, judgment and docket sheet. (Attachments: # 1 Letter to USDC-RI)(law) [Entry Date 04/16/2007] |